UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

---

CLAUDETTE COUCH,

        Plaintiff,

v.

POPLAR BLUFF REGIONAL MEDICAL CENTER,

        Defendant.

Civil Action File No.

1:18-cv-00277-SNLJ

**STIPULATION OF DISMISSAL**

---

The parties have settled the above case. Accordingly, they hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff, CLAUDETTE COUCH, against Defendant, POPLAR BLUFF REGIONAL MEDICAL CENTER, and to the termination of this action. The parties will bear their own attorneys' fees and costs.

Dated: February 12, 2020

STIPULATED AND AGREED TO BY:

/s/ Andrew Rozynski
Eisenberg & Baum, LLP
Andrew Rozynski, Esq.
24 Union Square E. 4th Fl.
New York, NY 10003
(212) 353-8700
arozynski@eandblaw.com
*Attorneys for Plaintiff*

/s/ Ryan C. Hardy
SPENCER FANE LLP
Francis X. Neuner, Jr., Esq.
Ryan C. Hardy, Esq.
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 863-7733
fneuner@spencerfane.com
rhardy@spencerfane.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

SO ORDERED this 14th day of February, 2020

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT COURT

/s/Andrew Rozynski
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700
arozynski@eandblaw.com
Attorneys for Plaintiff